**FILED**

OCT 2 5 2023

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO**

**SUPPRESSED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| ANTHONY YOUNG, | ) **4:23CR00596-SRC/JMB** |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 16, 2023, in St. Louis City, within the Eastern District of Missouri,

**ANTHONY YOUNG**,

the Defendant, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about August 16, 2023, in St. Louis City, within the Eastern District of Missouri,

**ANTHONY YOUNG,**

the Defendant, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about August 16, 2023, in St. Louis City, within the Eastern District of Missouri,

**ANTHONY YOUNG,**

the Defendant, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, a Schedule II controlled substance, as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) and 924(c) as set forth above, the Defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

2. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____<br>FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NINO PRZULJ, #68334(MO)
Assistant United States Attorney